UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No. 8:20-cv-01030-WFJ-CPT

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

BIRCH REAL ESTATE SERVICES, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Delroy A. Chambers, Jr., hereby gives notice to the Court that he and Defendant have settled this matter. Plaintiff will file appropriate dismissal papers in accordance with the terms of the settlement agreement.

    Respectfully submitted,

Joshua A. Glickman, Esq.
Florida Bar No. 43994
josh@sjlawcollective.com
Shawn A. Heller, Esq.
Florida Bar No. 46346
shawn@sjlawcollective.com
Social Justice Law Collective, PL
974 Howard Ave.
Dunedin, FL 34698
(202) 709-5744
(866) 893-0416 (Fax)

Attorneys for the Plaintiff

By:   *s/ Shawn A. Heller*
      Shawn A. Heller, Esq.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 5th day of August, 2020, which will send a notice of electronic filing to all attorneys of record.

                                                            By:  *s/ Shawn A. Heller*
                                                                 Shawn A. Heller, Esq.